# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAHMEL HALABI,<br><br>Defendant. | CR-18-43-GF-BMM-JTJ<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO CHANGE PLEA |

Defendant Jahmel Halabi appeared before United States Magistrate Judge John Johnston on August 30, 2018, and entered a plea of guilty to one count of Possession with Intent to Distribute Methamphetamine. Judge Johnston entered Findings and Recommendations on August 30, 2018. (Doc. 29).

Judge Johnston determined: (1) that Halabi was fully competent and capable of entering an informed and voluntary plea; (2) that Halabi was aware of the nature of the charges against her and the consequences of pleading guilty to Possession with Intent to Distribute Methamphetamine as charged in the Indictment; (3) that Halabi understood her constitutional rights, and the extent to which she was waiving those rights by pleading guilty; and (4) that Halabi's plea of guilty was a

1

knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offense charged in the Indictment. *Id.* at 1-2.

Judge Johnston recommended that this Court accept Halabi's plea of guilty to Possession with Intent to Distribute Methamphetamine as charged in the Indictment. *Id.* at 2. Neither party filed objections. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error.

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 29) is **ADOPTED IN FULL.** Halabi's Motion to Change Plea (Doc. 21) is **GRANTED**.

DATED this 9th day of October, 2018.

Brian Morris
United States District Court Judge