# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 18-43-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAHMEL HALABI, | |
| Defendant. | |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 4th day of December, 2018.

_____
Brian Morris
United States District Court Judge

1